IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Meeks, Timothy

Printed: 11/13/07

Case Number: 07 B 07097
Judge: Hollis, Pamela S
Filed: 4/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 3,304.50 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 23,100.00 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 2,460.56 | 0.00 |
| 7. | St James & St Margaret Mercy | Unsecured | 182.85 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 83.43 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 104.17 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 65.78 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 480.25 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 111.59 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 36.72 | 0.00 |
| 14. | Credit Management Control | Unsecured |  | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. | CPI/Joliet | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 23. | RMI/MCSI | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Meeks, Timothy

Printed: 11/13/07

Case Number: 07 B 07097
Judge: Hollis, Pamela S
Filed: 4/19/07

```
                           _____        _____
                           $ 29,929.85           $ 0.00
```

### TRUSTEE FEE DETAIL

<u>Fee Rate</u>          <u>Total Fees</u>

```
                           _____
                              $ 0.00
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_